VIRGINIA PRICE et al., appellants,

*v.*

THE STATE OF NEW JERSEY et al., respondents.

[Decided January 26th, 1938.]

*Mr. Henry J. Stanfield (Mr. William V. Azzoli,* of counsel), for the appellants.

*Mr. James F. X. O'Brien,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow and reported in *121 N. J. Eq. 436.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.